01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 | RACHAEL ANN HARPER,                )
                                        )   CASE NO. C13-2141-RSL-MAT
09 |     Plaintiff,                     )
                                        )
10 |     v.                             )
                                        )   REPORT AND RECOMMENDATION
11 | CAROLYN W. COLVIN, Acting          )
     Commissioner of Social Security,   )
12                                      )
         Defendant.                     )
13 | _____  )

14   Plaintiff brought this action to seek judicial review of the denial of her application for

15 Disability Insurance Benefits (DIB) by the Commissioner of the Social Security

16 Administration. The parties have now stipulated that this case should be reversed and

17 remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 22.)

18   Based on the stipulation of the parties, the Court recommends that this case be

19 REVERSED and REMANDED for further administrative proceedings. The parties have

20 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) evaluate the severity

21 of plaintiff's medically determinable intermittent explosive disorder; (2) explicitly consider

22 whether the impairment meets or equals Listing 2.10; and (3) further evaluate the medical

REPORT AND RECOMMENDATION
PAGE -1

evidence, including the opinion of examining psychiatrist David Jarvis, M.D. The ALJ will proceed with the subsequent steps of the sequential evaluation process, as necessary.

Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412(d).

Given the above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 9th day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2